IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JONATHON B. JOHNSON
ADC #140542                                                                                          PLAINTIFF

V.                                          3:08CV00084 SWW/JTR

LARRY ZANE BOYD, Administrator,
Crittenden County Detention Center, et al.                                                DEFENDANTS

ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in all respects except the dismissal of Sheriff Busby.

Plaintiff alleges he and his cell mate were shot by another detainee who managed to get a gun into the jail. Plaintiff state in his objections[1] that Busby gave orders to the jail administrator to deny plaintiff access to the telephone and mail and otherwise keep him from communicating with his family, and refused to talk to plaintiff's family members when they called. Plaintiff further claims Busby had knowledge of the problems at the jail and did nothing to correct them. The Court finds Sheriff Busby should not be dismissed as a party at this time.

IT IS THEREFORE ORDERED that:

1.      The Clerk is instructed to add "John Does, unknown health care providers," as

---

[1] Plaintiff filed a document entitled "Objections to Report and Recommendation" and a "Statement of Necessity." *See* docket entries 11 and 12.

Defendants in this action.

2. Plaintiff shall file, **within 120 days of the entry of this Order,** a Motion for Service containing the full names and service addresses for the John Doe Defendants.

3. Pursuant to the screening function mandated by 28 U.S.C. § 1915A: (a) Plaintiff's access to the courts, due process, and personal property claims are DISMISSED, WITHOUT PREJUDICE, because they are not viable § 1983 claims; and (b) Plaintiff shall PROCEED with his failure to protect, conditions of confinement, religion, speech/association, and inadequate medical care claims against Defendants Busby, Boyd, Bonner, Beasly, Mobley, Taylor, and John Does.

4. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

5. The Clerk is directed to prepare a summons for Defendants Busby, Boyd, Bonner, Beasly, Mobley, and Taylor, and the United States Marshal is directed to serve the summons, Complaint (docket entry #2), Amended Complaint (docket entry #8), and this Order upon them without prepayment of fees and costs or security therefor.[2]

Dated this 29th day of July 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[2] If any of the Defendants are no longer employees of the Crittenden County Detention Center, the responding individual shall file, with the return of unexecuted service, a **SEALED** Statement providing that Defendants' last known private mailing address.