## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JONATHON B. JOHNSON
ADC #140542                                                                                                    PLAINTIFF

V.                                        3:08CV00084 SWW/JTR

LARRY ZANE BOYD, Administrator,
Crittenden County Detention Center, et al.                                                 DEFENDANTS

### ORDER

All of the Defendants, with the exception of Defendant Officer Taylor, have filed an Answer in this *pro se* § 1983 action. *See* docket entry #16. In the Answer, Defendants state that Defendant Taylor is no longer employed with the Crittenden County Detention Center and that they will provide his last know mailing address at the Court's direction. *Id.*

IT IS THEREFORE ORDERED THAT counsel for Defendants shall, within twenty days of the entry of this Order, file Defendant Taylor's last know private mailing address **UNDER SEAL.**

Dated this 20th day of August, 2008.

_____
UNITED STATES MAGISTRATE JUDGE