**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

JONATHON B. JOHNSON
ADC #140542                                                                                    PLAINTIFF

V.                                              3:08CV00084 SWW/JTR

LARRY ZANE BOYD, Administrator,
Crittenden County Detention Center, et al.                                      DEFENDANTS

**ORDER**

At the Court's request, Defendants have filed, under seal, the last known private mailing address for Defendant William Taylor. *See* docket entry #25.

IS THEREFORE ORDERED THAT:

1. The Clerk is directed to prepare a summons for Defendant Taylor, and the United States Marshal is directed to serve the summons, Complaint, and Amended Complaint upon him, without prepayment of fees and costs or security therefor.

2. Defendant Taylor's private address shall be redacted from the return of service and any other public portion of the file.

Dated this 15th day of September, 2008.

_____
UNITED STATES MAGISTRATE JUDGE