# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JONATHON B. JOHNSON
ADC #140542                                                                                                     PLAINTIFF

V.                                       3:08CV00084 SWW/JTR

LARRY ZANE BOYD, Administrator,
Crittenden County Detention Center, et al.                                                    DEFENDANTS

## ORDER

     Plaintiff, who is a prisoner proceeding *pro se* in this § 1983 action, has sent the Court a letter regarding discovery matters. *See* docket entry #26. After careful review, the Court concludes that the letter should be redocketed as a Motion to Compel. The Court will instruct the Clerk accordingly. Further, in his letter, Plaintiff states that Defendants have not responded to his "letters" requesting information about the John Doe healthcare providers named in this action. In order to obtain such information, Plaintiff should send Defendants interrogatories (that are drafted in compliance with Fed. R. Civ. P. 33) and not letters.

     IT IS THEREFORE ORDERED THAT:

     1.    The Clerk is directed to redocket "Plaintiff's letter to the Court" (docket entry #26) as "Plaintiff's Motion to Compel Defendants to Answer Plaintiff's August 26, 2008 Requests for Production."

     2.    Defendants shall file a Response to Plaintiff's Motion to Compel within eleven days of the entry of this Order.

     Dated this 17th day of September, 2008.

                                                                          _____
                                                                          UNITED STATES MAGISTRATE JUDGE