**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

JONATHON B. JOHNSON
ADC #140542                                                                                              **PLAINTIFF**

V.                                        3:08CV00084 SWW/JTR

LARRY ZANE BOYD, Administrator,
Crittenden County Detention Center, et al.                                          **DEFENDANTS**

**<u>ORDER</u>**

Defendants in this *pro se* § 1983 action have filed a Motion requesting a two-week extension of time to provide Plaintiff with their Responses to his August 29, 2008 Requests for Production. *See* docket entry #34.  Plaintiff objects to Defendants' request because they have already had more than thirty days to prepare their Responses.  *See* docket entry #35.  Nevertheless, the Court concludes that Defendants' request is reasonable, and that Plaintiff will not be harmed by the two-week extension as no other deadlines have been established in this case.[1]  Accordingly, the Defendants' Motion will be granted.

Plaintiff has filed a Second Motion asking the Court to compel Defendants to respond to his August 29, 2008 Requests for Production.  *See* docket entry #36.  Plaintiff's Motion is moot because the Court has already dealt with this matter in its September 22, 2008 Order (docket entry #32), and (by virtue of this Order) Defendants have until October 13, 2008, to provide Plaintiff with their Responses.

IT IS THEREFORE ORDERED THAT:

---

[1] The Court will enter an order imposing discovery, motion, and other deadlines as soon as separate Defendant William Taylor is served and files an Answer or other responsive pleading.

1.	Defendants' Motion for an Extension of Time to Respond to Discovery (docket entry #34) is GRANTED.

2.	Defendants shall respond to Plaintiff's August 29, 2008 Requests for Production **on or before October 13, 2008.**

3.	Plaintiff's Second Motion to Compel Defendants to Respond to his August 29, 2008 Requests for Production (docket entry #36) is DENIED AS MOOT.

Dated this 3rd day of October, 2008.

_____
UNITED STATES MAGISTRATE JUDGE