**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

JONATHON B. JOHNSON
ADC #140542                                                                                                    PLAINTIFF

V.                                           3:08CV00084 SWW/JTR

LARRY ZANE BOYD, Administrator,
Crittenden County Detention Center, et al.                                                DEFENDANTS

**ORDER**

Plaintiff, who is currently incarcerated at the Cummins Unit of the Arkansas Department of Correction, has commenced this *pro se* § 1983 action alleging that Defendants violated his constitutional rights while he was detained at the Crittenden County Detention Center.  *See* docket entries #2 and #8.

Most of the Defendants have filed an Answer.[1]  *See* docket entry #16. Plaintiff has requested a jury trial, and the parties have not consented to proceed before a United States Magistrate Judge. *See* docket entry #2.  Accordingly, the parties will be given approximately 90 days to complete discovery and 120 days to file any dispositive motions.  Absent the filing of any such motions, the Court will notify the Honorable Susan Webber Wright, United States District Judge, that the case is ready to be set on her docket for a jury trial.

---

[1] The Court has given Plaintiff additional time to provide service information for the John Doe Defendants and Defendant William Taylor. Those Defendants make seek an extension of the deadlines imposed in this Order, if necessary.

IT IS THEREFORE ORDERED THAT:

1. The parties shall complete discovery **on or before February 3, 2009.**

2. The parties shall file any dispositive motions **on or before March 5, 2009.**

Dated this 5th day of November, 2008.

                                                     UNITED STATES MAGISTRATE JUDGE