IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JONATHAN B. JOHNSON
ADC #140542                                                                                           PLAINTIFF

V.                                         3:08CV00084 SWW/JTR

LARRY ZANE BOYD, Administrator,
Crittenden County Detention Center, et al.                                               DEFENDANTS

## ORDER

On November 7, 2008, Defendants in this *pro se* § 1983 action filed a Motion to Compel and a Brief in Support (docket entries #47 and #48) asking the Court to require Plaintiff to: (1) complete the Medical Authorizations attached to their August 25, 2008 Second Request for Production; and (2) answer Interrogatory #6, which asks Plaintiff to "state what each named Defendant did wrong with respect to each and every allegation you have presented in your complaint." *See* docket entry #47, Ex. C.

Plaintiff has not responded to Defendants' Motion to Compel, and the time for doing so has expired. *See* Local Rule 7.2(b) (providing that: "Within eleven days from the date copies of a motion and supporting papers have been served upon him, any party opposing a motion shall serve and file with the Clerk a concise statement in opposition to the motion with supporting authorities"); Local Rule 7.2(f) (stating that the "failure to timely respond to any nondispositive motion . . . shall be an adequate basis, without more, for granting the relief sought in said motion"). Additionally, the Court finds good cause for granting Defendants' Motion.

IT IS THEREFORE ORDERED THAT:

    1.       Defendants' Motion to Compel (docket entry #47) is GRANTED.

    2.       Plaintiff shall FILE, **with fifteen days of the entry of this Order,** his Response to Interrogatory #6 and the Medical Authorizations attached to Defendants' Second Request for Production.[1]

    3.       Plaintiff is advised that the failure to timely and properly do so will result in this case being dismissed, without prejudice, pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v).[2]

Dated this 3rd day of December, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Usually, discovery responses are <u>not</u> filed with the Court and, instead, are <u>mailed directly</u> to the opposing counsel, along with a certificate of service. *See* Fed. R. Civ. P. 5(d). However, the Court hereby instructs Plaintiff to <u>FILE</u> those specific discovery responses <u>WITH THE CLERK</u> so that it can determine whether Plaintiff has timely and properly complied with this Order.

[2] Fed. R. Civ. P. 37(b)(2) provides, in pertinent part, that a court may dismiss an action if "a party fails to obey an order ro provide or permit discovery."