**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

JONATHON B. JOHNSON
ADC #140542                                                                            PLAINTIFF

V.                                          3:08CV00084 SWW/JTR

LARRY ZANE BOYD, Administrator,
Crittenden County Detention Center, et al.                                   DEFENDANTS

<u>**ORDER**</u>

Plaintiff, who is proceeding *pro se* in this § 1983 action, has filed a Motion and supporting Brief asking the Court to compel Defendants to file a Third Supplemental Response to his Request for Production of Documents. *See* docket entries #61 and #62. Defendants have filed a Response stating that they will provide Plaintiff with a Third Supplemental Response, on or before January 20, 2009. *See* docket entry #72. The Court appreciates Defendants' cooperation. Additionally, it appears from Plaintiff's Motion that he is having difficulty locating the relevant documents. Thus, it would be helpful if Defendants would label their supplemental documents so that Plaintiff can determine which documents have been produced in response to each of his requests for production.

IT IS THEREFORE ORDERED THAT Plaintiff's Motion to Compel (docket entry #62) is DENIED, AS MOOT.

Dated this 16th day of January, 2009.

_____
UNITED STATES MAGISTRATE JUDGE