## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JONATHON B. JOHNSON
ADC #140542                                                                                    PLAINTIFF

V.                                    3:08CV00084 SWW/JTR

LARRY ZANE BOYD, Administrator,
Crittenden County Detention Center, et al.                                          DEFENDANTS

### ORDER

Defendants have filed an Answer providing their full and proper names. *See* docket entry #16.

IT IS THEREFORE ORDERED THAT the Clerk shall amend the docket sheet to reflect that Defendant Boyd is "Zane Boyd," Defendant Bonner is "Teresa Bonner," Defendant Busby is "Richard Busby," and Defendant Beasly is "Beasley."

Dated this 9th day of November, 2009.

_____
UNITED STATES MAGISTRATE JUDGE