**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

JONATHON B. JOHNSON
ADC #140542                                                                                           PLAINTIFF

V.                                        3:08CV00084 SWW/JTR

ZANE BOYD, Administrator,
Crittenden County Detention Center, et al.                                      DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.      Defendants' Motion for Summary Judgment (docket entry #76) is GRANTED IN PART, and DENIED IN PART, such that: (a) Plaintiff shall PROCEED with his failure to protect and free exercise of religion claims against Defendants in their *individual capacities only*; and (b) all other claims are DISMISSED, WITH PREJUDICE.

2.      The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), than an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 15th day of December, 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE