*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

JONATHAN B. JOHNSON

vs.                                                   NO. 3:08CV00084 SWW

ZANE BOYD, ET AL

**ORDER OF DISMISSAL**

    Pursuant to counsel for the defendants in this action advising the Court that this matter has been settled and requesting that an order dismissing the case be entered,

    IT IS THEREFORE ORDERED that all claims in this action hereby are dismissed with prejudice.

    DATED this 21st day of September 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE