IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| JONATHAN B. JOHNSON, <br> ADC# 140542 | * <br> * <br> * | |
| Plaintiff, | * <br> * | |
| vs. | * <br> * | No. 3:08CV00084 SWW |
| ZANE BOYD, ET AL., | * <br> * <br> * | |
| Defendants. | * | |

**Order**

Pending before the Court is the Application of March 28, 2011, by John S. Cherry, Jr. for the reimbursement of out-of-pocket expenses. The case was dismissed with prejudice pursuant to settlement on September 21, 2010. Having considered the application pursuant to the guidelines and policies of the Library Fund, the Court orders that the Clerk of the Court disburse money from the Library Fund in the amount of Nine Hundred Seventy-Three Dollars and Sixty-Five Cents ($973.65) and distribute it to the named applicant. A copy of this Order, together with the application, shall be placed in the Library Fund file maintained by the Clerk of the Court.

IT IS SO ORDERED this 31st day of March, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE